# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TALAL CHAMMOUT,

       Petitioner,

       v.

LINDA SANDERS, Warden,

       Respondent.

)
)
)
)
)
)
)
)
)

NO. CV 10-1627 RGK (FMO)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: DEC - 2 2010 _____, 2010.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE